**Dismissed; Opinion Filed November 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01423-CV

### INTERNATIONAL FIDELITY INSURANCE CO., Appellant
### V.
### MARK TOLIVER, II, AGENT D/B/A THE ORIGINAL DAVID'S BAIL BONDS AND MARK TOLIVER, II, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-16793

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Myers

The parties in this case, International Fidelity Insurance Co., Mark Toliver, II, agent d/b/a The Original David's Bail Bonds, and Mark Toliver, II, have filed a joint motion to dismiss this appeal. In the motion, the parties state they "have resolved all issues between them by settlement . . . and therefore, ask that this appeal be dismissed." Furthermore, "The parties have agreed that any costs incurred by Toliver should be taxed against the [sic] Mark Toliver, II and Mark Toliver, II, agent d/b/a The Original David's Bail Bonds." In accordance with the parties' motion, we

dismiss this appeal and order that each party bear its own costs of this appeal

/Lana Myers/
LANA MYERS
JUSTICE

181423F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

INTERNATIONAL FIDELITY INS. CO., Appellant

No. 05-18-01423-CV      V.

MARK TOLIVER, II, AGENT D/B/A THE ORIGINAL DAVID'S BAIL BONDS AND MARK TOLIVER, II, Appellees

On Appeal from the 134th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-17-16793.
Opinion delivered by Justice Myers.
Justices Osborne and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 6th day of November, 2019.